UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------x
ANN CARTER, MATTIE CROSSON and
CLINTON CARTER,

                        Plaintiffs,

            - against -

ATLANTIC GREYHOUND LINES OF VA,
INC., JUAN ANTONIO CONCEPTION and
ROSEMARY SEVERINO,

                        Defendant.
---------------------------------------------------------x
---------------------------------------------------------x
ATLANTIC GREYHOUND LINES OF VA
INC., and JUAN ANTONIO CONCEPTION,

                      Cross-Claimants,

            - against -

ROSEMARY SEVERINO,

                    Cross-Defendant.
---------------------------------------------------------x

ORDER

Civil Action No.
CV-02-0393 (DGT)(JMA)

TRAGER, J.

On March 17, 2005, Magistrate Judge Joan M. Azrak issued a Report and

Recommendation order recommending that defendant Rosemary Severino's December 23,

2004 motion for summary judgment be denied. On March 29, 2005, Severino filed

objections to that Report and Recommendation. Oral argument was heard on June 20, 2005.

After an independent review of the record, the Report and Recommendation and Severino's objection to the Report and Recommendation, it is hereby

ORDERED that the court denies Severino's motion for summary judgment and adopts the Report and Recommendation.

Dated: Brooklyn, New York
June 21, 2005

SO ORDERED:

s/David G. Trager
David G. Trager
United States District Judge